**No. 10-6226. Darryl Taylor, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 485, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 8060.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 604 F.3d 1011.

**No. 10-6229. Kevin A. Rideout, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 485, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7998.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 375 Fed. Appx. 344.

**No. 10-6230. Christopher Reed, Petitioner v. Illinois.**

562 U.S. 972, 131 S. Ct. 485, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7970.

October 12, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 396 Ill. App. 3d 636, 336 Ill. Dec. 181, 919 N.E.2d 1106.

**No. 10-6232. Paul E. Smith, Jr., Petitioner v. Kalleah Konteh, Warden.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7985.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6234. Donnell Raglin, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7965.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6236. Jemel Marcano, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7975.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 382 Fed. Appx. 222.

**No. 10-6238. Henry Clifford Johnson, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7962.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6239. Shawn Stanley Gilreath, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 7984.

October 12, 2010. Ptition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6246. Ahmad Ibrahim, Petitioner v. United States.**

562 U.S. 972, 131 S. Ct. 486, 178 L. Ed. 2d 307, 2010 U.S. LEXIS 8088.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 382 Fed. Appx. 242.